CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PATRICE DAVIS,<br>Defendant. | CASE NO. 4:26-cr-00432 HSG<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant PATRICE DAVIS, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: September 2, 2026

Hon. Robert M. Illman
United States Magistrate Judge

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: JAY BIEBER, Acting United States Marshal for the Northern District of California and Santa Rita Jail, Dublin, CA, and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of PATRICE DAVIS, who is in the custody of Santa Rita Jail, Dublin, CA, before the Honorable Ajay S. Krishnan, United States Magistrate Judge for the Northern District of California, located at the Oakland Federal Courthouse, located at 1301 Clay Street, 3rd Floor, Oakland, California 94612, on September 4, 2026, at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release PATRICE DAVIS from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: September 2, 2026

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: ______________________
DEPUTY CLERK